# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Satish Kartan | ) | 2:16-MJ-0187 KJN |
| *Defendant* | ) | |

**FILED**
OCT 24 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Satish Kartan                                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 – Conspiracy to Commit Offenses Against the United States, to wit: Forced Labor in violation of 18 U.S.C. Section 1589(a), Fraud in Foreign Labor Contracting in violation of 18 U.S.C. Section 1351(a); and violations of the Fair Labor Standards Act in violation of 29 U.S.C. Sections 206(a)(1)(C), (f)(1), 215(a)(2) and 216(a).

18 U.S.C. § 1589(a) – Forced Labor

Date: Oct 21, 2016
          10:25 AM.

_____
*Issuing officer's signature*

City and state:   Sacramento, California                    Kendall J. Newman, United States Magistrate Judge
                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/21/16 , and the person was arrested on *(date)* 10/21/16
at *(city and state)* Sacramento, CA .

Date: 10/21/16

_____
*Arresting officer's signature*

_____, United States Magistrate Judge
*Printed name and title*