1  PHILLIP A. TALBERT
   Acting United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  JOSH SIGAL
   Special Assistant United States Attorney
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
6

7  Attorneys for Plaintiff
   United States of America
8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                       EASTERN DISTRICT OF CALIFORNIA
11

12  UNITED STATES OF AMERICA,              CASE NO.  2:16-MJ-0187-KJN

13                     Plaintiff,          [PROPOSED] FINDINGS AND ORDER
                                           EXTENDING TIME FOR PRELIMINARY
14            v.                           HEARING PURSUANT TO RULE 5.1(d) AND
                                           EXCLUDING TIME
15  SATISH KARTAN and
    SHARMISTHA BARAI,                      DATE: November 10, 2016
16                                         TIME: 2:00 p.m.
                       Defendants.         COURT: Hon. Deborah Barnes
17

18

19       The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

20  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on November 1, 2016.

21  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

22  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

23  5.1(d) of the Federal Rules of Criminal Procedure.

24       Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

25  of justice served by granting this continuance outweigh the best interests of the public and the defendant

26  in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would

27  not adversely affect the public interest in the prompt disposition of criminal cases.

28       THEREFORE, FOR GOOD CAUSE SHOWN:

   [PROPOSED] FINDINGS AND ORDER                    1

1        1. The date of the preliminary hearing is extended to November 21, 2016, at 2:00 p.m.

2        2. The time between November 10, 2016, and November 21, 2016, shall be excluded from

3    calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

4        3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

5

6        IT IS SO ORDERED.

7

Dated:        November 1, 2016

8                                              The Honorable Allison Claire
                                               UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] FINDINGS AND ORDER                            2