THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:16-cr-00217-MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| vs. | ) ) | |
| SATISH KARTIN, and SHARMISTHA BARAI, | ) ) ) | |
| Defendants. | ) | |

The United States of America through its undersigned counsel, Nirav Desai, Assistant United States Attorney, together with Thomas A. Johnson, counsel for defendant, Sharmistha Barai, and Mark Reichel, counsel for defendant, Satish Kartan, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on January 12, 2017.
2. By this stipulation, Defendants now move to continue the Status Conference to February 16, 2017, at 10:00 a.m. and to exclude time between January 12, 2017, and, February 16, 2017, under the Local Code T-4 (to allow defense counsel time to prepare).
3. The parties agree and stipulate, and request the Court find the following:

1

a. A continuance is requested because all counsel for the defendants need additional time to review the discovery, conduct investigation, and discuss potential resolutions.

b. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of January 12, 2017, to February 16, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE:  January 10, 2017

/s/   Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Sharmistha Barai

DATED:  January 10, 2017

PHILLIP A. TALBERT
Acting United States Attorney

By:   /s/ Thomas A. Johnson for
NIRAV DESAI
Assistant U.S. Attorney

DATED:  January 10, 2017

By:   /s/ Thomas A. Johnson for
MARK REICHEL
Attorney for Satish Kartan

**ORDER**

IT IS SO ORDERED.

Dated:  January 19, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3