1  REICHEL & PLESSER LLP
   MARK J. REICHEL, State Bar #155034
2  455 Capitol Mall, Ste. 802
   Sacramento, CA 95814
3  Telephone:  (916) 498-9258

4  Attorney for SATISH KARTAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  16-217 MCE |
|---|---|
| Plaintiff, | STIPULATION TO AMEND PRETRIAL RELEASE TERMS  BY REMOVING ELECTROINC MONITORING |
| v. | |
| SATISH KARTAN | DATE: N/A |
| Defendant. | TIME: N/A |
| | HON CAROLYN K. DELANEY. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorney for defendant, as follows:

The terms of the defendant Satish Kartan's release on pretrial services supervision shall be amended to remove the release term that he remain on electronic monitoring.  All remaining terms and conditions of the defendant's release shall remain in full force and effect as set forth on the AMENDED Terms and Conditions which are attached hereto and made a part hereof.

The Pretrial Services Agency has reviewed the request and agrees with the request.

Dated: May 16, 2017                       */s/ Mark J. Reichel*
                                          _____

                                   By:    MARK J. REICHEL
                                          Attorney for Defendant

                                          PHILLIP J. TALBERT
                                          United States Attorney

                                          */s/ Mark J. Reichel for*
                                          _____
                                          NIRAV DESAI
                                          Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**.  ALL REMAINING TERMS AND CONDITIONS OF THE DEFENDNAT'S RELEASE SHALL REMAIN IN FULL FORCE AND EFFECT AS SET FORTH ON THE ATTACHED AMENDED TERMS AND CONDITIONS OF RELEASE.

Dated: May       2017          _____
                               THE HONORABLE CAROLYN K. DELANEY
                               United States Magistrate Court Judge