## AMENDED SPECIAL CONDITIONS OF RELEASE

                        Re: Kartan, Satish
                        No.: 2:16-CR-00217-MCE-1
                        Date: May 16, 2017

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You shall surrender all passports, whether valid or expired, to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. The defendant shall not directly or indirectly recruit, solicit, hire, employ, or otherwise seek the paid or volunteer labor or services of another person who is not a relative by blood, for the purpose of providing domestic labor or services of any kind (*e.g.*, housework, cleaning, cooking) or in-home child care services of any kind (*e.g.*, daycare, nanny services).

10. The defendant shall not directly or indirectly contact or attempt to contact by any means (*e.g.*, telephone, text message, WhatsApp chat, online post, social media post or messaging) any person who formerly provided domestic labor or services of any kind or in-home child care services for either or both of the defendants.

11. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used; and,

12. You shall report any contact with law enforcement to your pretrial services officer within 24 hours.