REICHEL & PLESSER LLP
MARK J. REICHEL, State Bar #155034
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
Telephone: (916) 498-9258

Attorney for SATISH KARTAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>SATISH KARTAN<br><br>      Defendant. | CASE NO. 16-217 MCE<br><br>STIPULATION TO AMEND PRETRIAL RELEASE TERMS BY REMOVING ELECTRONIC MONITORING<br><br>DATE: N/A<br>TIME: N/A<br>HON CAROLYN K. DELANEY. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorney for defendant, as follows:

The terms of the defendant Satish Kartan's release on pretrial services supervision shall be amended to remove the release term that he remain on electronic monitoring. All remaining terms and conditions of the defendant's release shall remain in full force and effect as set forth on the AMENDED Terms and Conditions which are attached hereto and made a part hereof.

The Pretrial Services Agency has reviewed the request and agrees with the request.

1

Dated: May 16, 2017

*/s/ Mark J. Reichel*
_____

By: MARK J. REICHEL
Attorney for Defendant

PHILLIP J. TALBERT
United States Attorney

*/s/ Mark J. Reichel for*
_____

NIRAV DESAI
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**. ALL REMAINING TERMS AND CONDITIONS OF THE DEFENDANT'S RELEASE SHALL REMAIN IN FULL FORCE AND EFFECT AS SET FORTH ON THE ATTACHED AMENDED TERMS AND CONDITIONS OF RELEASE.

Dated: May 17, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE