PHILLIP A. TALBERT
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0217 MCE |
|---|---|
| Plaintiff, | STIPULATION SETTING TRIAL DATE, CONTINUING STATUS CONFERENCE, AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| SATISH KARTAN and SHARMISTHA BARAI, | DATE: May 18, 2017 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on May 18, 2017.

2. By this stipulation, defendants now move to continue the status conference until August 24, 2017, and to exclude time between May 18, 2017, and August 24, 2017, under Local Code T4. In light of the remainder of the stipulation, the status conference may also serve as a motions hearing date.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes approximately 6,819 Bates-stamped pages and CDs of investigative reports, photographs, audio recordings, and other materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time review the discovery, consult with

their respective clients, conduct investigation, prepare pretrial motions, and otherwise prepare for trial.

  c) Counsel for defendant Sharmistha Barai has represented to the government that he has two trials set in June of 2017.

  d) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) The defendants have expressed their desire to file pretrial motions. The parties agree and stipulate that pursuant to Federal Rule of Criminal Procedure 12(c)(1), the defendants shall file all pretrial motions other than motions *in limine* no later than July 27, 2017, and request the following briefing schedule: (i) the defendants shall file such motions no later than July 27, 2017; (ii) the government's opposition or statement of non-opposition shall be filed no later than August 10, 2017; (iii) the defendants' respective reply briefs shall be filed no later than August 17, 2017; and (iv) the motions shall be heard, if the Court holds a hearing, on August 24, 2017.

  g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 18, 2017 to August 24, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. The parties further request that the Court set a trial date in this matter, and jointly request

| | | |
|---|---|---|
| 1 | a trial date of March 26, 2018, with a Trial Confirmation Hearing on February 28, 2018. The parties | |
| 2 | anticipate that the presentation of evidence at trial will take at least twelve (12) trial days. | |

      IT IS SO STIPULATED.

Dated: May 16, 2017                                       PHILLIP A. TALBERT  
                                                              United States Attorney

                                                               /s/ NIRAV K. DESAI  
                                                               NIRAV K. DESAI  
                                                               Assistant United States Attorney

Dated: May 16, 2017                                       /s/ Nirav K. Desai for Mark  
                                                               Reichel (as authorized 5/16/17)  
                                                               MARCK REICHEL, ESQ  
                                                               Counsel for Defendant  
                                                               SATISH KARTAN

Dated: May 16, 2017                                       /s/ Nirav K. Desai for Thomas A.  
                                                               Johnson (as authorized 5/16/17)  
                                                               THOMAS A. JOHNSON, ESQ.  
                                                               Counsel for Defendant  
                                                               SHARMISTHA BARAI

## ORDER

      Having reviewed the parties' stipulation, and for good cause shown, the Court approves the stipulation, makes the requested findings, and orders that:

      1.      The May 18, 2017 status conference is continued to August 24, 2017, and time is excluded under the Speedy Trial Act through August 24, 2017, with the above-requested findings made by the Court.

      2.      Pursuant to Federal Rule of Criminal Procedure 12(c)(1), the defendants shall file all pretrial motions, other than motions *in limine*, no later than July 27, 2017; the government shall file its opposition or statement of non-opposition no later than August 10, 2017; the defendants shall file their respective reply briefs no later than August 17, 2017; and the Court shall hear the motions, if at all, on August 24, 2017, unless otherwise continued by the Court.

3. This matter is set for trial to commence on March 26, 2018, at 9:00 a.m., and evidence will be taken on March 26, 27, and 28, and April 2, 3, 4, 9, 10, 11, and 16, 2018. This matter is further set for a Trial Confirmation Hearing to take place on February 8, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE