REICHEL & PLESSER LLP
MARK J. REICHEL, State Bar #155034
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
Telephone: (916) 498-9258

Attorney for SATISH KARTAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>SATISH KARTAN<br><br>             Defendant. | CASE NO. 16-CR-217 MCE<br><br>STIPULATION TO ALLOW DEFENDANT TO TEMPORARILY HIRE A MOVING COMPANY AND HIRE HOUSE CLEANERS FOR ONE TIME ONLY.<br><br>DATE: N/A<br>TIME: N/A<br>HON CAROLYN K. DELANEY. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorney for defendant, as follows:

The terms of the defendant Satish Kartan's release on pretrial services supervision do not allow them to hire domestic workers. They currently reside in a large home and will be moving effective June 24, 2017. The house has been rented by them for almost 2 years. They are required to have the home professional cleaned to return the home they have leased in good condition back to the property management company. They need "movers" to assist with the move they will be making.

1

They therefore desire to hire a moving company and to hire house cleaners for one time only employment to move them and thoroughly clean their house. Pretrial Services and the Government do not oppose this request. However, prior Court approval is required. The terms of the Stipulation for an Order include that pre-approval and verification of the companies and the contracts be made by the Pretrial Services Officer prior to employment. The parties hereby agree that the Court may issue such an Order approving this.

Dated: June 7, 2017     */s/ Mark J. Reichel*

By:    MARK J. REICHEL

Attorney for Defendant

PHILLIP J. TALBERT
United States Attorney

*/s/ Mark J. Reichel for*
_____
NIRAV DESAI
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED**. ALL REMAINING TERMS AND CONDITIONS OF THE DEFENDANT'S RELEASE SHALL REMAIN IN FULL FORCE AND EFFECT.

Dated: June 7, 2017

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2