MARK J. REICHEL, State Bar #155034
REICHEL & PLESSER L.L.P.
455 CAPITOL MALL, 8th FLOOR, Suite 802
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (888) 567-2949

mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
SATISH KARTAN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | Case No. 16-CR-S-217 MCE |
|---|---|---|
| Plaintiff, | ) | **WAIVER OF PERSONAL APPEARANCE; ORDER** |
| v. | ) | |
| | ) | Date: November 2, 2017 |
| | ) | Time: 9:00 a.m. |
| | ) | Judge: Morrison C. England Jr. |
| SATISH KARTAN | ) | |
| Defendant. | ) | |

<u>Waiver of Appearance</u>

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that defendant's interest will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. __ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: October 31 2017

*SATISH KARTAN*

(Original retained by attorney)

I agree with and consent to my client's waiver of appearance.

Dated: October 31, 2017

                               *s/ Mark J. Reichel*

                               MARK J. REICHEL

                               Attorney for Defendant

## ORDER

It is so ordered.

Dated:  November 7, 2017

                               MORRISON C. ENGLAND, JR
                               UNITED STATES DISTRICT JUDGE