McGREGOR W. SCOTT
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SATISH KARTAN;<br>SHARMISTHA BARAI,<br><br>Defendants. | CASE NO. 2:16-CR-0217 MCE<br><br>STIPULATION CONTINUING TRIAL DATE, SETTING TRIAL CONFIRMATION HEARING, AND EXCLUDING TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: March 26, 2018<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for a jury trial commencing March 26, 2018, with a Trial Confirmation Hearing set for February 8, 2018 (dkt. 70).

2. By this stipulation, the parties now move to continue the trial date to February 19, 2019, and set a Trial Confirmation Hearing on January 10, 2019, and the defendants move to exclude time between March 26, 2018, and February 19, 2019, under Local Code T4. To date, time periods under the Speedy Trial Act were previously excluded through March 26, 2018 (dkt. 62).

3. The parties agree and stipulate, and request that the Court find the following:

   a) On January 4, 2018, Assistant Federal Defenders Douglas Beevers and Jerome Price substituted in as counsel for defendant Sharmistha Barai.

   b) The government has represented that the discovery associated with this case includes approximately 6,878 Bates-stamped pages and CDs of investigative reports,

photographs, audio recordings, and other materials.  The government is also in possession of physical evidence and electronic devices seized pursuant to search warrants.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, and counsel for defendant Barai have expressed interest in viewing the physical materials.

  c) Counsel for the defendants desire additional time to review the discovery, consult with their respective clients, conduct investigation, and otherwise prepare for trial.  Counsel for defendant Barai have also expressed to counsel for the government the possibility, after conducting initial investigation, of attempting to conduct investigation and a potential deposition overseas in India.

  d) Following arraignment, both defendants sought and received permission from the Pretrial Services Office and Court to relocate outside of the state of California.  Counsel for defendant Kartan and prior counsel for defendant Barai, Thomas Johnson, Esq., have represented to the Court that communication and in-person consultation with their respective clients has been logistically difficult.  Defendant Barai's new counsel have expressed the same to counsel for the government.

  e) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  f) The government does not object to the continuance.

  g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 26, 2018 to February 19, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best

| | |
|---|---|
| 1 | interest of the public and the defendant in a speedy trial. |
| 2 | 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the |
| 3 | Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial |
| 4 | must commence. |
| 5 | 5. The parties further request that the Court set a trial date in this matter, and jointly request |
| 6 | a trial date of February 19, 2019, with a Trial Confirmation Hearing on January 10, 2019. The parties |
| 7 | anticipate that the presentation of evidence at trial will take approximately fifteen (15) trial days. |
| 8 | IT IS SO STIPULATED. |

Dated: February 6, 2018        McGREGOR W. SCOTT
                               United States Attorney


                               /s/ Nirav K. Desai
                               NIRAV K. DESAI
                               Assistant United States Attorney


Dated: February 6, 2018        /s/ Mark Reichel (*as authorized on February 6, 2018*)
                               MARK REICHEL, ESQ.
                               Counsel for Defendant
                               SATISH KARTAN


Dated: February 6, 2018        /s/ Douglas Beevers & Jerome Price (*as authorized on February 6, 2018*)
                               DOUGLAS BEEVERS
                               JEROME PRICE
                               Assistant Federal Defenders
                               Counsel for Defendant
                               SHARMISTHA BARAI

**ORDER**

Having reviewed the parties' stipulation, and for good cause shown, the Court approves the stipulation, makes the requested findings, and orders that:

1. The March 26, 2018 jury trial is continued to February 19, 2019, and time is excluded under the Speedy Trial Act through February 19, 2019, under Local Code T4, with the above-requested findings made by the Court.

2. This matter is set for trial to commence on February 19, 2019, at 9:00 a.m., and the presentation of evidence will take approximately 15 trial days. This matter is further set for a Trial Confirmation Hearing to take place on January 10, 2019, at 10:00 a.m.

3. The Trial Confirmation Hearing previously set for February 8, 2018, is vacated.

IT IS SO ORDERED.

Dated: February 8, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE