**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
SHARMISTHA BARAI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 2:16-cr-00217-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| SHARMISTHA BARAI and SATISH KARTAN, | |
| Defendants. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Katherine Lydon and Assistant United States Attorney Jason Hitt; defendant, Sharmistha Barai, by and through her counsel, Erin J. Radekin; and defendant, Satish Kartan, by and through his counsel, Jonathan Gonzalez, agree and stipulate to vacate the date set for

Stipulation and Order to Continue Judgment and Sentencing - 1 -

judgment and sentencing, September 19, 2019 at 9:00 a.m. in the above-captioned matter, and to continue judgment and sentencing to January 30, 2020 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that Ms. Radekin was only recently retained, on September Ms. Barai has retained new counsel, Ms. Radekin, and Ms. Radekin needs time to prepare for sentencing, which will include reviewing the trial transcripts, the pre-sentence report ("PSR"), and the sentencing and other briefing filed in this case. Ms. Radekin acknowledges that the deadlines for providing informal objections to the PSR and a motion to correct the PSR have passed. She further acknowledges that any supplemental sentencing memorandum or documents in support of sentencing must be filed one month prior to the date set for sentencing, hence, December 30, 2019, and agrees to adhere to that deadline. The probation officer in this matter, Shannon Morehouse, is available on the date requested. The Court is advised that Ms. Lydon and Mr. Hitt concurs with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation. IT IS SO STIPULATED.

Dated: September 16, 2019            MCGREGOR W. SCOTT
           United States Attorney

           By:    /s/ Katherine Lydon
           KATHERINE LYDON
           Assistant United States Attorney

           /s/ Jason Hitt
           JASON HITT
           Assistant United States Attorney

//

Dated: September 16, 2019         /s/ Erin J. Radekin
                                  ERIN J. RADEKIN
                                  Attorney for Defendant
                                  SHARMISTHA BARAI

Dated: September 16, 2019         /s/ Jonathan Gonzalez
                                  JONATHAN GONZALEZ
                                  Attorney for Defendant
                                  SATISH KARTAN

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, September 19, 2019, is VACATED and the above-captioned matter is set for judgment and sentencing on January 30, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 19, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE