**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
SHARMISTHA BARAI

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Nos.   2:16-cr-00217-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| **SHARMISTHA BARAI and SATISH KARTAN**, | |
| Defendants. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Katherine Lydon and Assistant United States Attorney Jason Hitt; defendant, Sharmistha Barai, by and through her counsel, Erin J. Radekin; and defendant, Satish Kartan, by and through his counsel, John R. Duree, Jr., agree and stipulate to vacate the date set for judgment and sentencing, January 30, 2020 at 10:00 a.m. in the above-captioned matter, and to

continue judgment and sentencing to March 19, 2020 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that counsel for the defendants need additional time to prepare for sentencing, which includes reviewing the trial transcripts, the pre-sentence reports, all sentencing briefing filed to date, relevant portions of discovery, and investigation into mitigation for use at sentencing. Mr. Kartan recently retained new counsel, John R. Duree, Jr., in early December 2019. See ECF nos. 269, 270. Ms. Barai's counsel, Ms. Radekin, was retained in September 2019. See ECF nos. 243, 246. The transcripts of the complete trial, consisting of approximately 1000 pages, were only recently completed and provided to Ms. Radekin—on November 29, 2019. The probation officer in this matter, Shannon Moorehouse, is available on the date requested. The Court is advised that Ms. Lydon, Mr. Hitt, and Mr. Duree concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: December 16, 2019                    MCGREGOR W. SCOTT
                                            United States Attorney

                                       By:  /s/ Katherine Lydon
                                            KATHERINE LYDON
                                            Assistant United States Attorney

                                            /s/ Jason Hitt
                                            JASON HITT
                                            Assistant United States Attorney

Dated: December 16, 2019                    /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
                                            Attorney for Defendant
                                            SHARMISTHA BARAI

Dated: December 16, 2019        /s/ John R. Duree, Jr.
JOHN R. DUREE, JR.
Attorney for Defendant
SATISH KARTAN

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, January 30, 2020, is VACATED and, due to the unavailability of the Court, the above-captioned matter is set for judgment and sentencing on April 30, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated: December 20, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE