1

**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**

2

1001 G Street, Suite 107
Sacramento, CA 95814

3

Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

4

5

Attorney for Defendant
SHARMISTHA BARAI

6

**JOHN R. DUREE, JR., INC.**

7

**A Professional Law Corporation**
**Attorney at Law – SBN 65684**

8

1001 G Street, Suite 103
Sacramento, California 95814

9

Telephone: (916) 441-0562
Facsimile: (916) 447-2988

10

11

Attorney for Defendant
SATISH KARTAN

12

13

**IN THE UNITED STATES DISTRICT COURT**

14

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

15

**UNITED STATES OF AMERICA**,                    CASE NO. 2:16-CR-00217-MCE

16

                    Plaintiff,

17

            v.                                   **ORDER RE REQUEST TO FILE UNDER SEAL**
                                                 **EXHIBIT A OF DEFENDANTS' JOINT**

18

**SHARMISTHA BARAI AND SATISH**                  **SUPPLEMENTAL BRIEF IN SUPPORT OF**
                                                 **OBJECTIONS TO PRESENTENCE REPORT**

19

**KARTAN,**                                      **AND SENTENCING MEMORANDUM**

20

                    Defendants.

21

22

23

24

25

26

27

28

1

**ORDER**

Pursuant to Local Rule 141(b), and based upon the representation contained in defendants'

Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, Exhibit A of defendants' Joint

Supplemental Brief in Support of Objections to Presentence Report and Sentencing Memorandum—to

wit, a forensic psychological evaluation of Sharmistha Barai by Baljit Atwal, Ph.D.—shall be sealed

under further order of this court.  Copies of these sealed documents shall be served on both counsel for

the Government and assigned Probation Officer.

IT IS SO ORDERED.

Dated:  May 12, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE