McGREGOR W. SCOTT
United States Attorney
JASON HITT
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>SATISH KARTAN and<br>SHARMISTHA BARAI,<br><br>       Defendants. | CASE NO: 2:16-CR-217<br><br>ORDER TO EXONERATE BOND |

Upon application of the United States of America and good cause having been shown:

1. The bond posted by Satish Kartan to secure the personal appearance of defendant Sharmistha Barai shall be exonerated;

2. The Clerk of Court shall transfer $15,657 from the $20,000 bond held in the Court's Registry to the defendants' criminal restitution, to be paid to their victims;

3. The Clerk of Court shall pay the remainder of the bond and any interest that has accrued back to defendant/surety Satish Kartan.

IT IS HEREBY ORDERED.

Dated: December 9, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE