UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-cr-00217-MCE |
| Plaintiff, | |
| v. | **ORDER** |
| SATISH KARTAN and SHARMISTHA BARAI, | |
| Defendants. | |

Defendant Sharmistha Barai's Motion to Discharge Counsel (ECF No. 397) is DENIED because any such motion must be filed by appointed counsel.  Defendant Satish Kartan's Motion for Recusal (ECF No. 398) is DENIED.

IT IS SO ORDERED.

Dated:  July 16, 2024

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1