UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>SARISH KARTAN,<br><br>Movant. | No. 2:16-cr-0217-DC-SCR-1<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. ECF No. 399. Movant filed a duplicate copy of his § 2255 motion which was docketed by the court as an amended motion to vacate, set aside, or correct sentence. ECF No. 401. The court will strike the amended § 2255 motion from the docket and order the original § 2255 motion was served on respondent.

Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within thirty days of the effective date of this order. See Rule 4, Rules Governing Section 2255 Proceedings. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

2. Movant's amended motion to vacate, set aside, or correct sentence (ECF No. 401) is stricken from the docket as it is a duplicate copy of movant's original § 2255 motion.

DATED: January 21, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE