UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>SATISH KARTAN,<br><br>Movant. | No. 2:16-CR-0217-DC-SCR-1<br><br><br><br>ORDER |

Movant is a federal prisoner proceeding without counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. In light of respondent's recent request for an extension of time to file a response, the court is concerned that any additional delays attendant to the filing of a response may prejudice movant. Therefore, the court will provide respondent an optional briefing schedule **in the event that a complete response to the pending § 2255 motion cannot be completed by May 21, 2025**. See ECF No. 425 at 2.

In lieu of a second request for an extension of time, respondent has the option of filing an initial partial response limited to all of the ineffective assistance of counsel claims in the § 2255 motion no later than **May 21, 2025**. Movant's reply to this initial partial response would be due by **July 23, 2025**. Once counsel for respondent goes on parental leave, a secondary partial response to the remaining Fifth Amendment claims, including the allegations of actual innocence, prosecutorial misconduct, and unfair sentencing, as well as the challenge to the Ninth Circuit's

1

direct appeal decision can be filed no later than **August 22, 2025**. Movant's secondary reply to the remaining claims can be filed no later than **October 24, 2025**. The § 2255 motion will be deemed submitted on the papers at the conclusion of this optional briefing schedule.

Respondent is directed to file a Notice of Election with the court no later than **May 1, 2025** indicating whether this optional briefing schedule is necessary in the event that a complete response to the pending § 2255 motion cannot be completed by May 21, 2025 as currently scheduled. Petitioner will be advised by subsequent order whether the deadlines set herein are adopted by the court. Until such time, movant's traverse is still due on or before June 20, 2025.

Accordingly, IT IS HEREBY ORDERED that respondent shall file a Notice of Election concerning the briefing schedule in this case no later than May 1, 2025.

DATED: March 27, 2025.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE