ERIC GRANT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　　Respondent, <br><br>　　v. <br><br>SATISH KARTAN and <br>SHARMISTHA BARAI, <br><br>　　　　　Movants. | CASE NO. 2:16-CR-217-DC-SCR <br><br> ~~PROPOSED~~ ORDER |

　　　Upon application consideration of the parties' joint status report,

　　　IT IS HEREBY ORDERED that the parties may conduct discovery until January 21, 2026. The parties shall file a status report no later than January 7, 2026 describing the process of discovery and a proposed briefing schedule on the merits of movants' § 2255 motion and any other applicable next steps.

DATED: December 11, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE