ERIC GRANT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHARMISTHA BARAI and SATISH KARTAN,<br><br>Defendants. | CASE NO. 2:16-CR-00217-DC-SCR<br><br>[~~PROPOSED~~] ORDER AS AMENDED BY THE COURT |

Upon consideration of the parties' joint status report, and based upon good cause shown, IT IS

HEREBY ORDERED THAT the parties may conduct discovery until April 21, 2026.  The parties shall

file a status report no later than April 7, 2026 describing the progress of discovery and a proposed

briefing schedule on the merits of movants' motions and any additional appropriate next steps.  The

Court will be disinclined to grant further extensions of the discovery deadline absent exceptional

circumstances.

Dated: January 9, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER