ERIC GRANT
United States Attorney
KATHERINE T. LYDON
ZACHARY MALINSKI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00217-DC-SCR |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| SATISH KARTAN AND SHARMISTHA BARAI, | |
| Defendants. | |

Upon consideration of the parties' joint status report, IT IS HEREBY ORDERED THAT the government's opposition brief be filed on or before August 21, 2026.  The movants' reply briefs, if any, shall be filed on or before October 21, 2026.

Dated: May 18, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER