ERIC GRANT
United States Attorney
ZACHARY B.L. MALINSKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SATISH KARTAN,<br>Defendant. | CASE NO. 2:16-CR-00217-DC-SCR<br><br>[~~PROPOSED~~] ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION BRIEF |

On November 2, 2026, the United States filed a motion seeking permission of the Court to file a supplemental opposition brief to correct its earlier position regarding the timeliness of defendant Kartan's § 2255 motion and substantively respond to defendant Kartan's remaining arguments.

The Court hereby GRANTS the government's motion. The United States' supplemental opposition brief shall be filed no later than December 2, 2026.

DATED: November 2, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE